1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HEYOUNG CHUNG, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>SKYWEST, INC., a Utah corporation, and<br>SKYWEST AIRLINES, INC., a Utah corporation,<br><br>           Defendants. | Case No.: 2:25-cv-00651-JHC<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR ORDER OF DISMISSAL<br>WITH PREJUDICE<br><br><br>NOTED ON MOTION CALENDAR:<br>September 24, 2025 |

Based upon the stipulation of dismissal filed by the parties, Dkt. # 11, the Court hereby

ORDERS that all claims asserted by Plaintiff are dismissed with prejudice and without award of

costs or fees to any party.

DATED this 24th day of September, 2025.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR ORDER OF
DISMISSAL WITH PREJUDICE - 1